In the Matter of the Petition of LEVI GOLDENBERG to Vacate an Assessment.

(Argued June 5, 1883 ; decided June 12, 1883.)

*D. J. Dean* for appellant.

*Alexander B. Johnson* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of CORNELIA GILMAN.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*William H. Secor* for appellant.

*Remington Vernam*, respondent, in person.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.

Claim of Administrator of Morgan A. Dayton, deceased.

(Argued June 5, 1883 ; decided June 12, 1883.)

*F. L. Westbrook* for appellant.

*John C. Keeler* for Attorney-General.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.